No. 04-02-00390-CV



Paul AVENELL,


Appellant



v.



David ALLISON and Kimberly Allison,


Appellees



From the 25th Judicial District Court, Guadalupe County, Texas


Trial Court No. 97-0029-CV


Honorable Dwight E. Peschel, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Alma L. López, Justice

 Catherine Stone, Justice


Delivered and Filed: October 30, 2002


DISMISSED

 Appellant has filed an agreed motion to dismiss this appeal, stating that the parties' disputes
have been satisfactorily resolved. Therefore, we grant the motion and dismiss the appeal. See
Caballero v. Heart of Texas Pizza, L.L.C., 70 S.W.3d 180, 181 (Tex. App.--San Antonio 2001, no
pet.); Tex. R. App. P. 43.2(f). Costs of the appeal are taxed against the parties who incurred them.

 PER CURIAM

DO NOT PUBLISH